IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRIS ROBERT, | § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | |
| | § | [REMOVED FROM THE 96th |
| AISHA SALEEM and | § | DISTRICT COURT, TARRANT |
| JOHN McBRYDE, | § | COUNTY, TEXAS |
| | § | CAUSE NO: 096-272511-14] |
| Defendants. | § | |

## **DEFENDANT SALEEM'S CERTIFICATE OF INTERESTED PERSONS**

I, Stephen P. Fahey, on behalf of defendant Aisha Saleem, do hereby certify pursuant to Local Rule 3.2(e) that I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case other than the following:

1) Plaintiff Chris Robert

2) the United States of America.

                                                         Respectfully submitted,

                                                         SARAH R. SALDAÑA
                                                         UNITED STATES ATTORNEY

                                                          /s/ Stephen P. Fahey
                                                          STEPHEN P. FAHEY
                                                          Assistant United States Attorney
                                                          Illinois State Bar No. 6274893
                                                          1100 Commerce Street, Third Floor
                                                          Dallas, Texas 75242-1699
                                                          Telephone: 214.659.8718
                                                          Email: Steve.P.Fahey@usdoj.gov

**Defendant Saleem's Certificate of Interested Persons - Page 1**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served via certified mail, returned receipt requested, on this 11th day of August, 2014, on:

Christopher Weast, Register No. 47797-177
Federal Correction Institute, 3150 Horton Road
Fort Worth, Texas 76119

              /s/ Stephen P. Fahey
              STEPHEN P. FAHEY
              Assistant United States Attorney

**Defendant Saleem's Certificate of Interested Persons - Page 2**