**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

**NOTICE OF FILING**

Your lawsuit, <u>ROBERT V. SALEEM ET AL</u> was filed on <u>8/11/2014</u> and has been assigned to the docket of the Honorable John H. McBryde. This case has been assigned case number <u>4:14–cv–00645–A</u>, please reference this number on all future filings in this case.

If you are attempting to proceed in forma pauperis (without paying the filing fee), the clerk cannot issue summons until ordered to do so by Judge McBryde.

It is your responsibility to promptly notify the court in writing of any change of address.

Please see our website, www.txnd.uscourts.gov, for links to the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Texas, and Judge McBryde's Specific Requirements.