

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRIS ROBERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-645-A |
| | § | |
| AISHA SALEEM, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The above-captioned action was removed to this court from the District Court of Tarrant County, Texas, 96th Judicial District, by Aisha Saleem ("Saleem"), who is named as a defendant along with the undersigned. The court has concluded that such action should be dismissed as frivolous.

The true name of the plaintiff is Christopher Robert Weast ("Weast"). He is awaiting sentencing by the undersigned based on convictions of child pornography offenses resulting from a jury's verdict returned July 29, 2014, finding him guilty of those offenses. Saleem is the Assistant United States Attorney in the case against Weast, and the undersigned presided. The statements made in the pleading by which the above-captioned action was initiated are nonsensical utterances similar to the contents of items Weast repeatedly has filed with the papers in his criminal case with the obvious goals of harassing the court and Saleem and obstructing progress in his criminal case.

The contents of such pleading do not remotely suggest that Weast has a cause of action against Saleem or the undersigned. Judicial resources would be wasted if the undersigned were to recuse because of the filing against the undersigned of such a meritless lawsuit. Therefore, the undersigned has concluded that the appropriate course of action to take is to dismiss the lawsuit at this time. Therefore,

The court ORDERS that the above-captioned action be, and is hereby, dismissed.

SIGNED August 12, 2014.

_____
JOHN McBRYDE
United States District Judge