IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| CHRIS ROBERT, | § |
| Plaintiff, | § § § |
| VS. | § NO. 4:14-CV-645-A |
| AISHA SALEEM, ET AL., | § § § |
| Defendants. | § |

FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, dismissed.

SIGNED August 12, 2014.

_____
JOHN McBRYDE
United States District Judge